COURT OF COMMON PLEAS
_______________ COUNTY, PENNSYLVANIA
ORPHANS' COURT DIVISION

# REPORT OF GUARDIAN OF THE PERSON

Estate of: _____, an Incapacitated Person
*Name of Incapacitated Person*

Case File No: _____

DATE COURT APPOINTED YOU AS GUARDIAN: _____

---

## PART I. INTRODUCTION

1. Name(s) of Guardian(s):

2. Is this a limited Guardianship? ☐ Yes  ☐ No

3. Report Period

   ☐ This is the **Report** for the period from _____ to _____ (the **"Report Period"**); or

   ☐ This is the **Final Report** for the period from _____ to _____ (the **"Report Period"**)
   and is filed for the following reason:

   ☐ The death of the Incapacitated Person.
   Date of Death: _____
   Name of Executor/Administrator: _____

   ☐ The Guardian was discharged by a court order dated: _____

   ☐ Order for Adjudication of Capacity dated: _____

   ☐ Limited Duration Order Expired, dated: _____

   ☐ Transfer of Guardianship to: _____
   Date of court order approving transfer: _____

**IF THIS IS A FINAL REPORT, ONLY COMPLETE PARTS I AND V.**

**PART II.  PERSONAL INFORMATION ABOUT THE INCAPACITATED PERSON**

1. Incapacitated Person's date of birth: _____/_____/_____

2. Incapacitated Person's Current Residence:

   _____
   _____
   _____

3. Nature of Residence of the Incapacitated Person (Select One)

   ☐   Incapacitated Person's home   ( ☐ with part-time home health care aide  *or*  ☐ 24/7 assistance)

   ☐   Your home

   ☐   Relative's home
       Relative's Name: _____   Relationship: _____

   ☐   Domiciliary Care
       Facility Name: _____
       Is this a Memory Support Facility?        ☐ Yes ☐ No

   ☐   Personal Care Boarding Home
       Facility Name: _____
       Is this a Memory Support Facility?        ☐ Yes ☐ No

   ☐   Group Home
       Facility Name: _____
       Is this a Memory Support Facility?        ☐ Yes ☐ No

   ☐   Assisted Living Facility
       Facility Name: _____
       Is this a Memory Support Facility?        ☐ Yes ☐ No

   ☐   Nursing Home Facility
       Facility Name: _____
       Is this a Memory Support Facility?        ☐ Yes ☐ No

   ☐   Other: _____

4. The Incapacitated Person has been in the residence noted in question 3 since: _____

5. Has the Incapacitated Person moved during the **Report Period?**

☐ Yes

☐ No

If **yes**, date of move: _____

If **yes**, please provide:

    Reason for move: _____

    Previous residence/address: _____

## PART III.  MEDICAL INFORMATION

1. List the medical professionals who have seen the Incapacitated Person during the **Report Period**:

| | Name |
|---|---|
| **Medical Doctor** | |
| **Dentist** | |
| **Eye Doctor** | |
| **Ear Doctor** | |
| **Psychologist or Psychiatrist** | |
| **Physical Therapist** | |
| **Occupational Therapist** | |
| **Social Worker** | |
| **Geriatric Caseworker** | |
| **Other** | |

2. The major medical or psychiatric problems of the Incapacitated Person are as follows:

_____

_____

_____

3. Describe any social, medical, psychological and support services the Incapacitated Person is receiving:

_____

_____

_____

4.  Has the Incapacitated Person been hospitalized during the **Report Period**?

☐ Yes

☐ No

If **yes**, date(s) of hospitalization: _____

5.  Has the Incapacitated Person received a mental health assessment during the **Report Period**?

☐ Yes

☐ No

If **yes**, date(s) of evaluation: _____

**PART IV.  GUARDIAN'S OPINION**

1.  Should the guardianship be:

☐ Continued

☐ Continued with modifications

☐ Discharged

2.  Provide the reasons for your opinion. List specific recommended modifications.

_____

_____

3.  Have you filed a petition for modification or termination?

☐ Yes

☐ No

**PART V.  INFORMATION ABOUT THE GUARDIAN**

1.  On average, how often did you visit the Incapacitated Person during the **Report Period**?

☐ I live with the Incapacitated Person

☐ None

☐ Quarterly

☐ Monthly

☐ Weekly

☐ Daily

2. What is the average length of a visit?

☐ Less than 15 minutes

☐ Between 15 minutes and 1 hour

☐ Between 1 and 2 hours

☐ More than 2 hours

☐ Not applicable

3. Have you maintained a log of your activities as guardian?

☐ Yes - Attach a copy

☐ No

4. During this **Report Period**, did any guardian participate in guardianship training?

☐ Yes

☐ No

If **yes**, provide the following information:

| Guardian Name | Dates of Training | | Provider | Training Description |
| --- | --- | --- | --- | --- |
| | Starting | Ending | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

5. During this **Report Period**, was any guardian charged with or convicted of a crime?

☐ Yes - Please describe          ☐ No

*Guardian Name*                    *Description*

_____     _____

_____     _____

6. During this **Report Period**, was a Protection from Abuse Order or Protection from Sexual Violence or Intimidation Order entered against any guardian?

☐ Yes - Please describe          ☐ No

*Guardian Name*                    *Description*

_____     _____

_____     _____

7. Is there any reason any guardian cannot continue to serve as guardian?

☐ Yes - Please describe          ☐ No

*Guardian Name*                    *Description*

_____    _____

_____    _____

8. Did the Guardian receive compensation during the **Report Period**?

☐ Yes - Complete the table below          ☐ No

| Amount | Guardian Name | Is Amount Based on Hourly, Monthly or Annual Fee? | If Hourly, # of Hours |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

9. Was the compensation approved by the court?
   ☐ Yes - Date of Court Order: _____

   ☐ No - Explain why court approval was not obtained:

   _____

   _____

   _____

I verify that the foregoing information is correct to the best of my knowledge, information and belief; and that this verification is subject to the penalties of 18 Pa.C.S. §4904 relative to unsworn falsification to authorities.

I further acknowledge the Notice of Filing must be served within 10 days of the filing of this report pursuant to Pa.R.O.C.P. 14.8(b). Service shall be in accordance with Pa.R.O.C.P. 4.3.

_____
*Date*

_____
*Signature of Guardian of the Person*

_____
*Name of Guardian of the Person (type or print)*

_____
*Address*

_____
*City, State, Zip*

_____
*Home Phone Number*

_____
*Office Phone Number*

_____
*Cell Phone Number*

_____
*Email*

_____
*Date*

_____
*Signature of Co-Guardian of the Person (if applicable)*

_____
*Name of Co-Guardian of the Person (type or print)*

_____
*Address*

_____
*City, State, Zip*

_____
*Home Phone Number*

_____
*Office Phone Number*

_____
*Cell Phone Number*

_____
*Email*